## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # CV10-0735      Purchased/Filed: February 18, 2010

STATE OF NEW YORK      UNITED STATES DISTRICT COURT      EASTERN DISTRICT

---

*TIMOTHY LYNCH AND EDWARD WILLIAMS, AS TRUSTEES AND FIDUCIARIES OF THE LOCAL 1205 FUNDS*     Plaintiff

against

*ACCENT HARDWOOD FLOORING & SUPPLY CORP. AND E & M HARDWOOD FLOORING CORP.*     Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

Diane Koehler, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 26, 2010, at 11:45 am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on ACCENT HARDWOOD FLOORING & SUPPLY CORP., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 50    Approx. Wt: 118    Approx. Ht: 5'  
Color of skin: White    Hair color: Brown    Sex: Female    Other: _____

Sworn to before me on this

3rd day of March, 2010

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Diane Koehler  
Attny's File No.  
Invoice•Work Order # SP1002415

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179