# CIVIL CAUSE FOR HEARING IN AID OF DEFAULT

## BEFORE: JUDGE FEUERSTEIN

**DATE**: December 6, 2010        **TIME**: 30 MINUTES

**CASE NUMBER**:    2:10-cv-00735-SJF -WDW

**CASE TITLE**:    Lynch et al v. Accent Hardwood Flooring & Supply Corp. et al

**PLTFFS ATTY**:    **David Hoch**
    _X_ present        ___ not present

**DEFTS ATTY**:    **No Appearance**
    ___ present        ___ not present

**COURT REPORTER**:

**COURTROOM DEPUTY**: Bryan Morabito

_X_    CASE CALLED.

___    ARGUMENT HEARD / CONT'D TO _____.

**OTHER**: Default Judgment granted and signed.  Case closed