SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------x
TIMOTHY LYNCH and EDWARD WILLIAMS,
AS TRUSTEES AND FIDUCIARIES OF THE
LOCAL 1205 WELFARE FUND AND THE
LOCAL 1205 PENSION FUND,

Index No. 150933/2018

           Plaintiffs,

**AFFIDAVIT OF SERVICE**

-against-

GARIBOLDI INSULATION, INC.,

           Defendants.
------------------------------------------x

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

      JOHN F. BIRNIE, being duly sworn, deposes and says:

1.      I am not a party to this action. I am over eighteen years of age and I reside in Union County, New Jersey.

2.      On February 12, 2019, I served Motion for Contempt and Plaintiff's Memorandum of Law in Support of Their Motion to Hold Lawrence Kogel in Contempt of Court by securing true copies of same in postage paid envelopes, along with additional true copies of same in FedEx envelopes addressed for delivery as follows:

      Lawrence Kogel                      Lawrence Kogel
      3 Hillcrest Drive                  390 Middle Country Road
      Shoreham, NY 11786          Middle Island, NY 11953

and placing the postage paid envelopes in a mailbox maintained by the US Postal Service in New York City, along with placing the FedEx envelopes in a designated FedEx Office ship center located at 367 7th Ave, New York, NY 10001.

                                                    _____
                                                    JOHN F. BIRNIE

Sworn to before me this
12th day of February, 2019

_____
Notary Public

MATTHEW SCHWARTZ
Notary Public, State of New York
No. 02SC6031362
Qualified in Queens County
Commission Expires 09 /27/ 20 21