UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TIMOTHY LYNCH and EDWARD WILLIAMS,
AS TRUSTEES AND FIDUCIARIES OF THE
LOCAL 1205 WELFARE FUND AND THE
LOCAL 1205 PENSION FUND,

                        Plaintiffs,          Case No. 10-CV-0735 (SJF)(WDW)

     -against-                          **NOTICE OF APPEARANCE**

ACCENT HARDWOOD FLOORING & SUPPLY
CORP. and E & M HARDWOOD FLOORING CORP.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby appears as counsel for plaintiffs Timothy Lynch and Edward Williams, as Trustees and Fiduciaries of the Local 1205 Welfare Fund and the Local 1205 Pension Fund in this action.

Dated:  New York, New York
          February 13, 2019

                                      SCHWARTZ, PONTERIO & LEVENSON, PLLC
                                      *Attorneys for Plaintiff*

                    By:   *[signature: Matthew S...]*
                                       Matthew F. Schwartz
                                       134 West 29th Street – Suite 1006
                                       New York, New York 10001
                                       Telephone: (212) 714-1200
                                       Fax: (212) 714-1264
                                       E-mail: mschwartz@splaw.us